McGREGOR W. SCOTT
United States Attorney
STEPHEN S. CODY
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-po-00075-CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE BENCH TRIAL |
| v. | |
| PAUL O. MARTIN, | DATE: August 5, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Carolyn K. Delaney |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Bench Trial on August 5, 2019.

2. On June 6, 2019, the defendant, through counsel of record, contacted the government to request time to attend traffic school.

3. By this stipulation, the parties jointly move to vacate the bench trial on August 5, 2019.

///
///
///
///

IT IS SO STIPULATED.

Stipulation and [Proposed] Order to Vacate
Status Conf. and Reschedule Bench Trial

1

Dated: June 12, 2019                    MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ *Stephen S. Cody*
                                        STEPHEN S. CODY
                                        Special Assistant U.S. Attorney


Dated: June 12, 2019                    /s/ *Linda Allison*
                                        LINDA ALLISON
                                        Counsel for Defendant
                                        PAUL O. MARTIN

                                        (*Approved via email June 12, 2019*)


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated: June 13, 2019

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE